UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Juan F. Moscoso-Perez,　　　　　　*

　　　Defendant,　　　　　　　　　*

v.　　　　　　　　　　　　　　　*　　Case/Dkt. No. 99-1137　(ERK)

United States of America.　　　　*

\* \* \* \* \* \* \*

## MOTION TO QUASH STATE WARRANT

　　Now comes the defendant Juan Mocoso-Perez acting pro-se, to humbly request that the above-captioned warrant be quashed in the interest of justice as well as judicial economy. in support of this motion the defendant states the following;

　　1. The defendant is presently serving a custodial 57 month sentence which was imposed by the United States District Court for the Southern District of New York, on an unreleased offense.

　　2. The defendant was notified by the administration at FCI-Allenwood, White Deer, PA, that an active warrant on the above matter will indeed effect this present situation adversely disrupt expediting deportation fast track.

　　3. This motion can also be construed as an official request to be brought before this Honorable Court pursuant to the Interstate Agreement on Detainers Act and a formal request for a fast and speedy trial on the above matter.

　　4. The warrant prsently effects all placements, job assignments, and any and all consideration for special programs offered by the federal Bureau of Prisons.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

\* JUL 18 2005 \*

BROOKLYN OFFICE　　　　(1)

Wherefore, for all the above reasons and in the larger realm of criminal offenses, the case captioned above is relatively minor, this Honorable Court should grant the above motion in the interest of justice and judicial economy.

Respectfully Submitted,

Juan F. Mocoso-Perez
Fed.Reg.# 58790-053
FCI-Allenwood
P.O.Box-2000
White Deer, PA 17887