## CRIMINAL CAUSE FOR SENTENCING

BEFORE JUDGE KORMAN        Jan. 20, 2006        TIME: 12:30PM

CR- 99-1137        DEFT NUMBER: ___

DEFT NAME:   JOSUE SUAZO

  ✓ present   __ not present    ~~X cust.~~    ✓ bail

DEFENSE COUNSEL:    JULIE CLARK

  __ present   __ not present    CJA   X RET.   LAS

A.U.S.A.: Todd Harrison          CLERK: PaulaMarie Susi
E.S.R.: Dandridge                OTHER: ___
INT: (LANG.- ___ )

✓ CASE CALLED.    __ SENTENCING ADJ'D TO ___
✓ SENTENCING HELD.    ✓ STATEMENTS OF DEFT AND COUNSEL HEARD.
✓ DEFT SENTENCED ON COUNT(S) ___

SENTENCE TEXT:
CAG T/S 3yrs SR / un supervised $100 SA

__ RMG OPEN COUNTS ARE DISMISSED ON    ✓ GOVT'S MOTION
                                       __ COURT'S MOTION
__ COURT ADVISED DEFT OF RIGHT TO APPEAL.    __ I.F.P. GRANTED.
✓ DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.
__ DEFT REMANDED.    __ DEFT ON BAIL PENDING APPEAL.
✓ COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.
OTHER: SK1.1 granted

## REPORT OF SENTENCE TO

## U.S. PROBATION DEPARTMENT

### TO BE COMPLETED BY COURTROOM DEPUTY CLERK

**Note:** Defendants who are sentenced to probation or time served plus supervised release are required to report immediately to **the Probation Department in Room 405 at 75 Clinton Street** in Brooklyn and present one copy of this form. Please send one copy to the Probation Department on the same day as the sentence. The courtroom deputy may keep the remaining copy for his or her records.

For defendants who are remanded, please send one copy of this form to the Probation Department on the same day as the sentence.

**Defendant** Josue Suazo   **Date** 1/20/06

**Judge** Korman   **Docket #** 99-1137

**Sentence:** CAG T/S 3yr SR $101 SA

Unsupervised

**Fine:** _____   **Special Assessment:** _____

**Special Conditions of Supervision:** _____

**Is Sentence Stayed?** Yes ____   **Stayed Until** _____ (date)
No ____

**Courtroom Deputy - Ext.**

May 1992
☆ U.S. GPO: 2000-512-253